THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY AKA JEREMY BRYAN BARNEY RANDALL ENSLOW,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>                    Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 4:26-CV-40-AMA<br><br>District Judge Ann Marie McIff Allen |

In this prisoner civil action, on June 4, 2026, the Court ordered "that Plaintiff has thirty days in which to SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to ensure payment of" his initial partial filing fee (IPFF) of $2.30. Dkt. No. 6. Plaintiff still has not paid the IPFF, but did mail a letter that could conceivably be construed as a motion seeking a six-month time extension in which to pay his IPFF. Dkt. No. 7.  Yet, even construing the letter in such a generous manner, and assuming it has any application to this case,[1] Plaintiff offers no adequate justification for the delay he requests.  Instead, he simply asks for an additional six months without attempting to justify that request in any way.  Accordingly, the request for extension is denied.

---

[1] The letter requests "a 6[-]month extension on all [Plaintiff's] cases and specifies only case number 4:26-cv-00026.  Although the Court has docketed the motion in the '26 case, as well as this case (out of an abundance of caution), the undersigned will not docket the letter in any other case.  It is incumbent on Plaintiff to track his individual cases and make appropriate filings specific to each case.

**IT IS ORDERED** as follows:

**(1)** Plaintiff's motion for such a lengthy time extension to begin this case is **DENIED**. Dkt. No. 7.

**(2)** This action is **DISMISSED** without prejudice, which means that Plaintiff may "refile the same claims in the future," *Waetzig v. Halliburton Energy Servs., Inc.*, 604 U.S. 305, 308 (2025), assuming there is no independent reason those claims are barred.

**(3)** The Clerk of Court is directed to send Plaintiff a copy of the Complaint to use if he decides to file it in a new case. Dkt. No. 1.

DATED this 14th day of July 2026.

BY THE COURT:

ANN MARIE MCIFF ALLEN
United States District Judge

2